UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE WORLD TRADE CENTER DISASTER                    Docket No.: 21 MC 102 (AKH)
SITE LITIGATION
-----------------------------------------------------------------------------x

THIS DOCUMENT APPLIES TO ALL CASES IN THE          **MASTER NOTICE**
WORLD TRADE CENTER MANHATTAN DISASTER              **OF APPEARANCE**
SITE LITIGATION IN WHICH ST. JOHN'S UNIVERSITY,
NEW YORK IS A DEFENDANT                             **ELECTRONICALLY FILED**
-----------------------------------------------------------------------------x

      To the Clerk of this Court and all parties of record:


      Enter the appearance of the undersigned as counsel in this case for defendant, ST.
JOHN'S, NEW YORK.


      The undersigned certifies that he is admitted to practice in this Court.


Dated: White Plains, New York
      August 25, 2008


      Yours, etc.


      /s/
_____
**GLENN A. MONK, ESQ. (GM-6957)**
HARRINGTON, OCKO & MONK, LLP
Attorneys for Defendant
ST. JOHN'S UNIVERSITY, NEW YORK
81 Main Street – 2nd Floor
White Plains, NY 10601
(914) 686-4800